IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH J. PAUBEL,

Plaintiff,

vs.

J-C AUTO SALES, INC., and
CHARLES THOMAS KOLB

Defendants.                               Case No. 15-cv-123-DRH-DGW

## Order

Now before the Court is Plaintiff Keith J. Paubel's March 17, 2016 motion for summary judgment as to Counts I, II, and IV of plaintiff's complaint (Doc. 23)

As of today's date, defendants have not responded to the motion for summary judgment. Pursuant to Local Rule 7.1(c), the Court considers the failure to respond as an admission of the merits of the motion for summary judgment.[1] Accordingly, the Court **GRANTS** the motion for summary judgment as to Counts I, II and IV of plaintiff's complaint (Doc. 23). The Court **DIRECTS** the Clerk of the Court to enter judgment at the close of the case.

**IT IS SO ORDERED.**

Signed this 26th day of April, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.04.26 14:12:36 -05'00'

**United States District Judge**

---

[1] Local Rule 7.1(c) provides in part: "Failure to timely file a response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."