IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH J. PAUBEL,

        Plaintiff,

v.

J-C AUTO SALES, INC.,

        Defendant.        No. 15-cv-123-DRH-DGW

## ORDER

Now before the Court is plaintiff's April 26, 2016 motion to voluntarily dismiss Counts III and V of the complaint without prejudice pursuant to Fed. R. Civ. P. 41(a)(2)(Doc. 28). Defendant did not file a response. Accordingly, it is hereby **ORDERED** that Counts III and V of plaintiff's complaint are **DISMISSED without prejudice**.

The Court previously granted plaintiff's motion for summary judgment as to Counts I, II and IV, leaving Counts III and V as the only remaining claims in this action. Therefore, upon dismissal of Counts III and V, the Clerk is **DIRECTED** to enter judgment on Counts I, II and IV and close the case.

    **IT IS SO ORDERED.**

    Signed this 3rd day of June, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.06.03 13:30:10 -05'00'

United States District Judge