UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**KEITH J. PAUBEL**,

    **Plaintiff,**

**v.**

**J-C AUTO SALES INC., et al,**

    **Defendants.**                      **No. 15-cv-123-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court on Defendant's Motion to Dismiss (Doc. 28).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on April 26, 2016 (Doc. 27) granting Plaintiff's Motions for Summary Judgment, Counts I, II, IV are **DISMISSED** with prejudice.  Pursuant to the Order entered on June 3, 2016 (Doc. 29) granting Plaintiff's Motions to Dismiss, this case is **DISMISSED** with prejudice**.**

                        JUSTINE FLANAGAN,

                        **ACTING CLERK OF COURT**

                        **BY:**   /s/*Caitlin Fischer*
                                **Deputy Clerk**

Dated:   June 13, 2016

                        Digitally signed by
                        Judge David R. Herndon
                        Date: 2016.06.13
                        12:27:34 -05'00'

APPROVED:
      U.S. DISTRICT JUDGE
      U. S. DISTRICT COURT