UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**KEITH J. PAUBEL**,

    Plaintiff,

v.

**J-C AUTO SALES INC., et al**,

    Defendants.                              No. 15-cv-123-DRH

<u>**AMENDED JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.** This matter is before the Court on Defendant's Motion to Dismiss (Doc. 28).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on April 26, 2016 (Doc. 27) granting Plaintiff's Motion for Summary Judgment (Doc. 23), Judgment is entered in favor of the plaintiff as follows: Count I in the amount of $1,000 in statutory damages; Counts II and IV in the amount of $11,937.86 in damages; Attorney's Fees in the amount of $12,720; and Court Costs in the amount of $1,242.55. Counts III and V are **DISMISSED** without prejudice. Pursuant to the Order entered on June 3, 2016 (Doc. 29) granting Plaintiff's Motions to Dismiss, this case is **DISMISSED.**

                                    JUSTINE FLANAGAN,

                                    **ACTING CLERK OF COURT**

                          BY:   /s/*Caitlin Fischer*
                                  **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.07.13 12:24:46 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT